■ Maria Pappas, Respondent, v Anthony Pappas, Appellant. [936 NYS2d 564]

Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in granting the motion of the plaintiff wife for an award of an interim attorney's fee (*see* Domestic Relations Law § 237 [a]; *DeCabrera v Cabrera-Rosete*, 70 NY2d 879 [1987]; *Prichep v Prichep*, 52 AD3d 61 [2008]).

The defendant husband's remaining contentions are without merit. Mastro, A.P.J., Balkin, Dickerson and Chambers, JJ., concur.